# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2010

141317 & (27)(28)

AUTUMN PATTY, Personal Representative of the
Estate of Terry D. Patty, II,
         Plaintiff-Appellee,

v

AMERISTAR JET CHARTER, INC., SIERRA
AMERICAN CORPORATION, INC.,
FREDERICK THOMAS WACHENDORFER,
JR., and THOMAS WACHENDORFER
AVIATION, INC.,
         Defendants-Appellants,
and

AMERISTAR AIRWAYS, INC., AMERISTAR
AIR CARGO, INC., KALITTA CHARTERS,
L.L.C., KALITTA AIR, L.L.C. d/b/a KALITTA
FLYING SERVICE, INC., KALITTA, L.L.C.,
KALITTA AIR FREIGHT, L.L.C., KALITTA
EQUIPMENT, L.L.C., CONNIE KALITTA
HOLDINGS, INC. d/b/a CONNIE KALITTA
ENTERPRISES, AVCON INDUSTRIES, INC.,
JOSEPH B. DWERLKOTTE ASSOCIATES,
INC. d/b/a J.B. DWERLKOTTE ASSOCIATES,
INC., FIELDTECH AVIONICS &
INSTRUMENTS, INC., ATLANTIC AVIATION,
WESLEY D. DINGLER, MICHAEL E. ROUSEY,
MILLION AIR, ADDISON AVIATION
SERVICES, and AIRFRAME SERVICE, INC.,
         Defendants.
_____/

SC: 141317
COA: 296153
Washtenaw CC: 09-000027-NO

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

      On order of the Court, the motion to file notice of supplemental authority is
GRANTED. The motion to strike is DENIED. The application for leave to appeal the
May 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we
are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2010

                            Clerk